

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00103-CR

Brandon **POWERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2016-DCR-0621
Honorable Robert R. Hofmann, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is MODIFIED to delete the attorney's fees and AFFIRMED AS MODIFIED.

SIGNED December 13, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice